# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:15-cv-63 |
| | § | |
| RICK CONERLY | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This case is assigned to the Honorable Ron Clark, United States District Judge, and was referred to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management. On December 15, 2015, the magistrate judge entered a report (Doc. No. 13) recommending the court grant the United States of America's "Motion for Default Judgment" (Doc. No. 12). No objections have been filed to the magistrate judge's report and recommendation, and the time for doing so has passed. Furthermore, the court's independent review confirms that the magistrate judge's analysis is correct.

It is, therefore, **ORDERED** that the magistrate judge's report and recommendation (Doc. No. 13) is **ADOPTED**; and the United States of America's "Motion for Default Judgment" (Doc. No. 12) is **GRANTED**. A final judgment will be entered separately.

So **ORDERED** and **SIGNED** this **7** day of **January, 2016.**

_____
Ron Clark, United States District Judge